AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Singal, George Z | U.S. District Court - Maine | 04/21/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 156 Federal Street <br> Portland ME 04101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS, *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Visitors | University of Maine Law School |
| 2. Chairman, Brody Award | Colby College, Waterville, Maine |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR 30 A 10: 53 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Social Worker |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | Dinner honoring Federal Judges 3/24/06 NYC Transportation and meals |
| 2. | Federal Judges Association | Board of Directors Meeting, Arlington VA 5/6 -5/7/2006 Lodging, meals and transportation |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amgen Inc. Common Stock | | None | K | T | | | | | |
| 2. Cisco Systems Common Stock | | None | K | T | | | | | |
| 3. Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 4. Intel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. American Funds Small Cap Fund | A | Dividend | K | T | | | | | |
| 6. Franklin Small Cap Fund | A | Dividend | J | T | | | | | |
| 7. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 8. U.S. Treasury Note | A | Interest | J | T | | | | | |
| 9. Applied Materials Common Stock | | None | K | T | Sell | 9/29 | K | D | |
| 10. Bristol Myers Squibb Common Stock | A | Dividend | K | T | Sell | 9/29 | K | D | |
| 11. Elan Corp. Common Stock | | None | J | T | Sell | 9/29 | J | A | |
| 12. Fleet Boston Corp. Common Stock now Bank America | A | Dividend | J | T | | | | | |
| 13. General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 14. Hersey Foods Corp. Common Stock | A | Dividend | J | T | | | | | |
| 15. Merck Corp. Common Stock | A | Dividend | K | T | Sell | 9/29 | K | A | |
| 16. Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 17. Pharnacia Common Stock | A | Dividend | K | T | Sell | 9/29 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico Common Stock | A | Dividend | K | T | | | | | |
| 19. Proctor and Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 20. Sun Microsystems Inc. Common Stock | | None | J | T | Sell | 9/29 | J | A | |
| 21. Vodafone ADR Common Stock | A | Dividend | K | T | | | | | |
| 22. Wal-mart Inc. Common Stock | A | Dividend | K | T | Sell | 9/29 | K | C | |
| 23. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 24. RMA Tax Free Fund | A | Interest | J | T | | | | | |
| 25. Maine State Housing Bond | A | Interest | K | T | | | | | |
| 26. Auburn Maine Bond | A | Interest | K | T | | | | | |
| 27. Maine Health Bond | A | Interest | K | T | | | | | |
| 28. Maine Health Bond | A | Interest | J | T | | | | | |
| 29. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 30. Paine Webber Tax Free Fund | A | Interest | J | T | | | | | |
| 31. Vanguard Whole Market Fund | B | Dividend | M | T | | | | | |
| 32. Vanguard S&P Fund | A | Dividend | J | T | | | | | |
| 33. Magellan Fund | A | Dividend | K | T | Sell | 9/29 | K | A | |
| 34. Dreyfus Premier Third Century Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Fund | A | Dividend | K | T | | | | | |
| 36. Blue Hill Terrace Real Estate Partnership | A | Dividend | J | W | | | | | |
| 37. Woodland Manor Real Estate Partnership | A | Dividend | J | W | | | | | |
| 38. Scudder Tax Free Fund | A | Interest | M | T | Sell | 9/29 | M | A | |
| 39. Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |
| 40. The following are IRA assets: | | | | | | | | | |
| 41. WYE | A | Dividend | K | T | | | | | |
| 42. AIG | A | Dividend | K | T | | | | | |
| 43. AMAT | | None | J | T | | | | | |
| 44. BK | A | Dividend | K | T | | | | | |
| 45. BP | A | Dividend | J | T | | | | | |
| 46. C | A | Dividend | K | T | | | | | |
| 47. | | | | | | | | | |
| 48. EMC | | None | J | T | | | | | |
| 49. XOM | A | Dividend | K | T | | | | | |
| 50. FRE | A | Dividend | K | T | | | | | |
| 51. DNA | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1.000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than S50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GMH | | None | K | T | | | | | |
| 53. HD | A | Dividend | K | T | | | | | |
| 54. IBM | A | Dividend | K | T | | | | | |
| 55. JDSU | | None | J | T | | | | | |
| 56. LU | A | Dividend | J | T | | | | | |
| 57. MSFT | A | Dividend | J | T | | | | | |
| 58. Sprint/Nextel | | None | J | T | | | | | |
| 59. NT | A | Dividend | J | T | | | | | |
| 60. PG | A | Distribution | J | T | | | | | |
| 61. WMT | A | Dividend | J | T | Sell | 9/29 | J | A | |
| 62. WFC | A | Dividend | J | T | | | | | |
| 63. WCOM | | None | J | T | | | | | |
| 64. Paine Webber Retirement Money Fund | A | Dividend | M | T | | | | | |
| 65. US Treasury Note | B | Dividend | K | T | | | | | |
| 66. Bank America Note | B | Dividend | K | T | | | | | |
| 67. Household Finance Note | B | Dividend | K | T | | | | | |
| 68. GMAC Note | B | Dividend | K | T | Redemption | 8/1 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Franklin Small Cap Growth Fund | | None | J | T | | | | | |
| 70. Hartford Mid Cap Fund | A | Dividend | J | T | | | | | |
| 71. General Mills Note | A | Dividend | K | T | | | | | |
| 72. Boeing Note | A | Dividend | K | T | | | | | |
| 73. Agere Common Stock | A | Dividend | J | T | | | | | |
| 74. AT& TCommon Stock | A | Dividend | J | T | | | | | |
| 75. Avaya Common Stock | A | Dividend | J | T | | | | | |
| 76. Bell South Common Stock | A | Dividend | J | T | | | | | |
| 77. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 78. Lucent Common Stock | A | Dividend | J | T | | | | | |
| 79. NCR CorpCommon Stock | A | Dividend | J | T | | | | | |
| 80. Qwest Common Stock | A | Dividend | J | T | | | | | |
| 81. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 82. Vodofone Common Stock | A | Dividend | J | T | | | | | |
| 83. Amsouth Bank Common Stock | A | Dividend | J | T | | | | | |
| 84. Stanly Works Common Stock | A | Dividend | K | T | | | | | |
| 85. Kerr McGeeCommon Stock | A | Dividend | K | T | Sell | 3/31 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15.000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Abington Tanker | A | Dividend | J | T | Buy | 7/31 | J | | |
| 87. Double Hull Tanker | A | Dividend | J | T | Buy | 7/1 | J | | |
| 88. I Share EWJ | A | Dividend | J | T | Buy | 4/13 | J | | |
| 89. MMM | A | Dividend | J | T | Buy | 9/29 | J | | |
| 90. Vanguard Tax Free Fund | D | Dividend | L | T | Buy | 9/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z | 04/21/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____4/21/07_____

NOTE: ANY IND_____WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544